RECYCLING SCIENCES INTERNATIONAL, INC., Plaintiff–Appellant,

v.

ASPHALT DRUM MIXERS, INC., Defendant–Appellee,

and

Arcadis Geraghty & Miller, Inc., Defendant–Appellee,

and

Entact, Inc., Defendant–Appellee.

No. 04–1413.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2004.

Peter M. Racher, Principal Attorney, Plews Shadley, Griggs, E. Sean, Principal Attorney, Barnes & Thornburg, Indianapolis, IN, Stephen T. Belsheim, Principal Attorney, Belsheim Law, Nashville, TN, for Defendant–Appellee.

Mark D. Roth, Principal Attorney, Orum & Roth, Chicago, IL, for Plaintiff–Appellant.

## ORDER

Upon consideration of Recycling Science International, Inc.'s unopposed motion to voluntarily dismiss 04–1413,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All sides shall bear their own costs.